UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAIL A. HARRY,

    Plaintiff,

v.                            Case No.  3:17-cv-328-MCR/MJF

M. NICHOLS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court. On March 1, 2019, Defendants Nichols and Brady filed a Suggestion of Death noting that Plaintiff was deceased. (Doc. 72). The Defendants identified Plaintiff's next-of-kin as Lizette Whitaker. (*Id*.). On March 6, 2019, the court ordered Defendants to file a notice certifying the date they served the Suggestion of Death on Ms. Whitaker. (Doc. 74). The order also provided notice that a motion for substitution of Plaintiff must be filed within **90 days** after service of the Suggestion of Death. (Doc. 74). Ms. Whitaker was served with the Suggestion of Death on March 4, 2019. (Doc. 76 and Attach.). No motion for substitution has been filed.

Rule 25 of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). Ninety days have passed since service of Defendants' Suggestion of Death, and no motion for substitution has been filed.

Accordingly, it is respectfully **RECOMMENDED** that:

1. This action be **DISMISSED** under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

2. All pending motions be **DENIED AS MOOT**.

3. The clerk be directed to close the case file.

At Panama City, Florida, this 5th day of June 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**