UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NAIL A. HARRY,

    Plaintiff,

v.                                                    CASE NO. 3:17cv328-MCR/MJF

M. NICHOLS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 5, 2019. ECF No. 77. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 77, is **ADOPTED** and incorporated by reference in this Order.

2. This action be **DISMISSED** under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 3rd day of July 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**